IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN GROSEK and ANTHONY GROSEK, JR., Her Husband,<br>　　　　Plaintiffs, | JURY TRIAL DEMANDED |
| v. | CIVIL ACTION NO. 07-01592 |
| PANTHER II TRANSPORTATION, INC. PANTHER EXPEDITED SERVICES, INC., and ANTHONY L. SANDERS a/k/a TONY L. SANDERS<br>　　　　Defendants. | |

## ORDER

AND NOW, this ____ day of _____, 2008, upon consideration of defendants Panther II Transportation, Inc. d/b/a Panther Expedited Services, Inc. and Anthony L. Sanders, a/k/a Tony L. Sanders' Motion For Protective Order, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** and plaintiffs' Punitive Damages Request for Production of Documents is **QUASHED** until liability has been determined.

BY THE COURT:

_____
　　　　　　　　　　　　J.

2442145-1