IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN GROSEK and ANTHONY GROSEK, JR., Her Husband,<br>   Plaintiffs, | :<br>:<br>:   JURY TRIAL DEMANDED<br>: |
| v. | :   CIVIL ACTION NO. 07-01592 |
| PANTHER II TRANSPORTATION, INC.<br>PANTHER EXPEDITED SERVICES,<br>INC., and ANTHONY L. SANDERS<br>a/k/a TONY L. SANDERS<br>   Defendants. | :<br>:<br>:<br>:<br>: |

## ALTERNATIVE ORDER

AND NOW, this ____ day of _____, 2008, upon consideration of defendants Panther II Transportation, Inc. d/b/a Panther Expedited Services, Inc. and Anthony L. Sanders, a/k/a Tony L. Sanders' Motion For Protective Order, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** as follows:

1. Plaintiffs' punitive damages request for production as to nonparties Fenway Partners, Inc. or any parent companies of Panther II Transportation, Inc. and Panther Expedited Services, Inc. is **STRICKEN**;

2. Plaintiffs' punitive damages request for production of all audited financial statements; all interim financial statements; and corporate tax returns, shall be limited to the years 2007 to the present;

3. Plaintiffs' punitive damages request for production of all corporate tax returns and financial statements; all documents filed with the United States Securities and Exchange Commission; and all financial statements used for private equity or bank loans are **STRICKEN**; and

2442145-1

4.      All documents produced in response to plaintiffs' Punitive Damages Request for Production of Documents shall be deemed confidential and be used for purposes of this litigation only.

BY THE COURT:

_____
J.