# Exhibit A

447105
D

Richard A. Russo, Esquire
Attorney I.D. No. 32311
Andrew D. Bigda, Esquire
Attorney I.D. No. 74675
ROSENN, JENKINS & GREENWALD, LLP
15 South Franklin Street
Wilkes-Barre, PA   18711
(570) 826-5650

Attorneys for Plaintiffs,
Helen and Anthony Grosek, Jr.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN GROSEK and ANTHONY GROSEK, JR., Her Husband, : : : Plaintiffs : : vs. : : : PANTHER II TRANSPORTATION, INC., : PANTHER EXPEDITED SERVICES, : INC., and ANTHONY L. SANDERS, : a/k/a TONY L. SANDERS, : : Defendants : | JURY TRIAL DEMANDED<br><br>JUDGE MUNLEY<br><br>CIVIL ACTION NO.<br>3:07-CV-1592 |

## PLAINTIFFS' PUNITIVE DAMAGES REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS, PANTHER II TRANSPORTATION, INC. AND PANTHER EXPEDITED SERVICES, INC.

The Plaintiffs, HELEN GROSEK and ANTHONY GROSEK, JR., her husband, by and through their attorneys, Rosenn, Jenkins & Greenwald, LLP, herewith make demand in accordance with the Federal Rules of Civil Procedure,

589033.1

that the Defendants, PANTHER II TRANSPORTATION, INC. and PANTHER EXPEDITED SERVICES, INC., and their representatives, supply original or authentic legible copies of the documents hereinafter identified to the law offices of Rosenn, Jenkins & Greenwald, L.L.P. within thirty (30) days after service of this request.

Your attention is hereby directed to F.R.C.P. 26(e) and your duty to supplement your response to these Requests.

## DEFINITIONS AND EXPLANATORY NOTES

A.   The term "anyone acting on your behalf" includes, but is not limited to, your representatives, investigators, adjustors, insurers, employees, servants, consultants, sureties, indemnitors, agents and attorneys.

B.   The term "document" or "documents" includes, but is not limited to, e-mail, electronically transmitted and/or stored information, writings, drawings, graphs, charts, photographs, papers, agreements, contracts, notices, memoranda, correspondence, letters, telegrams, statements, books, reports, minutes, records, accounting books, diagrams, analyses, studies, depositions, examinations under oath, pleadings, transcriptions, recordings, phono-records, and other compilation of data from which information can be obtained or translated, if necessary, by you through detection devices into reasonably usable form, together with information communicated orally but the substance of which has been written down, relating or

pertaining in any way to the subject matter in question, and includes, but is not limited to, originals, all final copies, all other copies no matter how or by whom prepared, and all drafts prepared in connection with such documents, whether used or not.

C. The term "documents which evidence or reflect" is intended to refer to the documents which in whole or in part relate to the designated category of information described.

D. The term "occurrence" as used throughout these Interrogatories refers to an automobile accident which occurred on May 14, 2007, and which is the subject matter of this action.

## DOCUMENTS TO BE PRODUCED

1. All audited financial statements of Panther II Transportation, Inc. and Panther Expedited Services, Inc. for the years 2003-2007, inclusive.

**Response:**


2. All interim financing statements of Panther II Transportation, Inc. and Panther Expedited Services, Inc. for 2008.

**Response:**

3

589033.1

3. The corporate tax returns for Panther II Transportation, Inc. and Panther Expedited Services, Inc. for the years 2003-2007, inclusive.

**Response:**

4. The corporate tax returns and financial statements for Fenway Partners, Inc. or any parent companies of Panther II Transportation, Inc. and Panther Expedited Services, Inc.

**Response:**

5. All documents filed by Panther II Transportation, Inc. and Panther Expedited Services, Inc. with the United States Securities and Exchange Commission.

**Response:**

589033.1

6. All financial statements of Panther II Transportation, Inc. and Panther Expedited Services, Inc. used for private equity or bank loans for the years 2003-2007, inclusive.

**Response:**

ROSENN, JENKINS & GREENWALD, L.L.P.

By: *[signature]*
RICHARD A. RUSSO, ESQUIRE
Attorney I.D. No. 32311
ANDREW D. BIGDA, ESQUIRE
Attorney I.D. No. 74675
15 South Franklin Street
Wilkes-Barre, PA 18711
(570) 826-5650
Attorneys for Plaintiffs

589033.1

Richard A. Russo, Esquire
Attorney I.D. No. 32311
Andrew D. Bigda, Esquire
Attorney I.D. No. 74675
ROSENN, JENKINS & GREENWALD, L.L.P.
15 South Franklin Street
Wilkes-Barre, PA 18711
(570) 826-5650

Attorneys for Plaintiffs,
Helen and Anthony Grosek, Jr.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN GROSEK and ANTHONY GROSEK, JR., Her Husband,<br><br>Plaintiffs<br><br>vs.<br><br>PANTHER II TRANSPORTATION, INC., PANTHER EXPEDITED SERVICES, INC., and ANTHONY L. SANDERS a/k/a TONY L. SANDERS,<br><br>Defendants | JURY TRIAL DEMANDED<br><br>CIVIL ACTION NO. 3:07-CV-1592 |

### CERTIFICATE OF SERVICE

RICHARD A. RUSSO, ESQUIRE hereby certifies that on the 5th day of June, 2008, he served Plaintiffs' Punitive Damages Request for Production of Documents upon Defendants by placing same in the United States mail, first class, postage prepaid, addressed to: