# Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HELEN GROSEK and ANTHONY : 
GROSEK, JR , Her Husband, :     JURY TRIAL DEMANDED
           Plaintiffs, :
            :
        v. :    CIVIL ACTION NO. 07-01592
            :
PANTHER II TRANSPORTATION, INC. :
PANTHER EXPEDITED SERVICES, :
INC., and ANTHONY L. SANDERS :
a/k/a TONY L SANDERS :
           Defendants. :

### AFFIDAVIT OF JEFFREY ST. PIERRE

I, Jeffrey St. Pierre, being duly sworn according to the law, deposed and says as follows:

1.    My name is Jeffrey St. Pierre and I am currently employed by defendant Panther II Transportation, Inc  a wholly owned subsidiary of  Panther Expedited Services, Inc. (collectively "Panther") as Vice President of Risk Management and Driver Services

2    I am familiar with the facts set forth in plaintiffs' Amended Complaint.

3.    Plaintiffs have requested corporate tax returns and financial statements of Fenway Partners, Inc  or any parent companies of Panther in their Punitive Damages Request for Production of Documents

4.    Panther II Transportation Inc. is a wholly-owned subsidiary of Panther Expedited Services, Inc.

5    Fenway Partners, Inc. is not the direct owner of Panther II Transportation, Inc.

6.    Fenway Partners, Inc  exerts no management or control over defendant Panther.

7    Accordingly, any information concerning Fenway Partners, Inc. is irrelevant given it has not been named a party to this litigation.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

JEFFREY ST. PIERRE

Sworn and Subscribed before

me on this 25th day of June , 2008

NOTARY PUBLIC

Connie S. Lewis
Notary Public, State of Ohio
My Commission Expires Nov 20, 2011

2454248-1

2